**No. 43731.**—Protest 980841–G of E. W. McLellon Co. (San Francisco).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel cauldrons, frying pans, book markers, buckets, and pots were held dutiable as household utensils or hollow ware at 40 percent under paragraph 339 as claimed.   *Friedlaender* v. *United States* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), *Rice* v. *United States* (24 id. 114, T. D. 48415), and Abstracts 24575, 32915, and 29548 followed.

BEFORE THE THIRD DIVISION, MAY 16, 1940

**No. 43732.**—Protest 983443–G of American Cyanamid & Chemical Corp. (New York).

Opinion by CLINE, J.   The protest was submitted without the introduction of evidence in supprot of the claims made.   On the record presented it was overruled

BEFORE THE FIRST DIVISION, MAY 17, 1940

**No. 43733.**—Protest 718819–G of Arthur H. Thomas Co. (Philadelphia).

Opinion by TILSON, J.   It was stipulated that the merchandise consists of bent cylinder glass not exceeding 150 square inches of the same kind as that involved in *Semon Bache* v. *United States* (T. D. 47480).   The claim under paragraphs 219 and 224 was therefore sustained.

**No. 43734.**—Protests 753902–G, etc., of M. Pressner & Co. (New York).

Opinion by TILSON, J.   From the record it was found that certain items of the merchandise consist of so-called squawker balloons and other articles manufactured in part of bamboo, similar to those the subject of Abstracts 40493 and 39509, and trick daggers like those in Abstract 37637.   The claim at 45 percent under paragraph 409 as to the articles in part of bamboo, and at the same rate as to the daggers under paragraph 397 was therefore sustained.

**No. 43735.**—Protest 748422–G of Greenberg & Josefsberg (New York).

Opinion by TILSON, J.   It was stipulated that the merchandise consists of uninflated rubber balls similar to those involved in *United States* v. *Woolworth* (24 C. C. P. A. 338, T. D. 48770).   The claim at 30 percent under paragraph 1502 was therefore sustained.